FILED
2024 Sep-30 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **DENNORISS RICHARDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:24-cv-00229-LCB |
| | ) |
| **BRETT EVANS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## SUGGESTION UPON THE RECORD OF PLAINTIFF'S DEATH MADE PURSUANT TO RULE 25(a)(1), FRCP

COME NOW Defendants, City of Sheffield, Ricky Terry, Brett Evans, Darien Fountain, Billy Hall and Sinaca Butcher, and suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of the Plaintiff, Dennoriss Richardson, occurring after this action was filed but prior to resolution of two pending Motions to Dismiss, Plaintiff's Motion for Leave to Amend and the advent of any discovery, which has been stayed by the Court.

WHEREFORE, premises considered, Defendants City of Sheffield, Ricky Terry, Brett Evans, Darien Fountain, Billy Hall and Sinaca Butcher suggest the death, upon the record, of Plaintiff Dennoriss Richardson.

Respectfully submitted this 30th day of September, 2024.

s/Robbie Alexander Hyde
ROBBIE ALEXANDER HYDE (ALE023)

BART HARMON (HAR127)
Attorneys for Defendants City of Sheffield, Ricky Terry, Brett Evans, Darien Fountain, Billy Hall and Sinaca Butcher
ALEXANDER HYDE, LLC
2138 Moore's Mill Road, Ste. A
Auburn, Alabama  36830
Telephone:  (334) 246-2333
E-mail:  robbie@alexanderhyde.com
bart@alexanderhyde.com

## CERTIFICATE OF SERVICE

I hereby certify that on **September 30, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A copy of will be served via CM/ECF or electronic mail on the following:

Roderick Van Daniel
The Roderick Van Daniel Law Firm, LLC
1501 15th Avenue South, Unit 34
Birmingham, AL  35205
Roddaniel205@gmail.com

David J. Canupp
Allison B. Chandler
LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail:  djc@LanierFord.com and abc@LanierFord.com

s/Robbie Alexander Hyde
Of Counsel